1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERSON ENRIQUE BELLO CHACON, | Case No. 2:25-cv-02299-TMC |
| Petitioner, | ORDER GRANTING MOTION TO ENLARGE TIME FOR TRAVERSE |
| v. | |
| LAURA HERMOSILLO, et al.,[1] | |
| Respondents. | |

14

15

16

17

18

19

       On November 26, 2025, Petitioner Jefferson Enrique Bello Chacon moved for additional time to file a traverse to Respondents' return. Dkt. 11. On November 28, Respondents filed a corrected return and accompanying declaration. Dkt. 12; Dkt. 13. Given the complexity of the matter, the Court finds good cause to extend the time for Petitioner to file a traverse. Fed. R. Civ. P. 6(b)(1)(A). Therefore, the Court ORDERS that any traverse Petitioner wishes to file shall be due by December 3, 2025. The clerk shall re-note the matter for December 3, 2025.

20

21

22

23

24

---

[1] Laura Hermosillo, Seattle Acting Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement, is substituted for Cammilla Wamsley under Federal Rule of Civil Procedure 25(d). The clerk is directed to amend the caption to reflect this change.

ORDER GRANTING MOTION TO ENLARGE TIME FOR TRAVERSE - 1

Dated this 1st day of December, 2025.

Tiffany M. Cartwright
United States District Judge